NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CW 15-631 consolidated with CW 15-626


D & D DRILLING & EXPLORATION,

INC.

VERSUS

XTO ENERGY, INC., ET. AL.


**********

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CONCORDIA, NO. 49008
HONORABLE RONALD L. LEWELLYN, DISTRICT JUDGE

**********

SHANNON J. GREMILLION (S)
JUDGE

**********

Court composed of Elizabeth A. Pickett, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.


WRITS GRANTED AND MADE PEREMPTORY.

**Leo Boothe**
**Attorney at Law**
**4134 Dunbarton Road**
**Ferriday, LA 71334**
**(318) 744-5414**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
> **D & D Drilling & Exploration, Inc.**

**William C. Rowe, Jr.**
**Joseph S. Manning**
**Jeffrey Scott Wittenbrink**
**Leighann N. Guilbeau**
**David C. Bolton**
**Mary Katherine Shoenfelt**
**Rowe Law Firm, LLC**
**5157 Bluebonnet Blvd**
**Baton Rouge, LA 70809**
**(225) 293-8787**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
> **D & D Drilling & Exploration, Inc.**

**Joseph I. Giarrusso, III**
**Joe Barrelle Norman**
**Kathryn Z. Gonski**
**Jaclyn E. Hickman**
**Liskow & Lewis**
**701 Poydras St., #5000**
**New Orleans, LA 70139-5099**
**(504) 581-7979**
**COUNSEL FOR DEFENDANT RESPONDENT:**
> **XTO Energy, Inc.**

**Paul Matthew Jones**
**Liskow & Lewis**
**P. O. Box 52008**
**Lafayette, LA 70505-2008**
**(337) 232-7424**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
> **XTO Energy, Inc.**

**Michael P. Cash**
**Liskow & Lewis**
**1001 Fannin St., Ste 1800**
**Houston, TX 77002**
**(713) 651-2900**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
> **XTO Energy, Inc.**

Paula M. Wellons
Charles J. Duhe, Jr.
Michelle Louise Maraist
Taylor, Wellons, Politz, & Duhe, APLC
1515 Poydras Street, #1900
New Orleans, LA 70112
(504) 525-9888
COUNSEL FOR DEFENDANTS/APPLICANTS:
     Clifton D. Pritchard
     Alliance Drilling Consultants, LLC

 Barbara Bell Melton
Christie C. Wood
Faircloth, Melton, & Keiser, LLC
105 Yorktown Drive
Alexandria, LA 71303
(318) 619-7755
COUNSEL FOR DEFENDANTS/APPLICANTS:
     Clifton D. Pritchard
     Alliance Drilling Consultants, LLC

Gerald Anthony Melchiode
James J. Reeves, II
Melchiode Marks King, LLC
639 Loyola Ave, Ste 2550
New Orleans, LA 70113
(504) 336-2880
COUNSEL FOR DEFENDANTS/APPLICANTS:
     James River Insurance Company

**GREMILLION, Judge.**

For the reasons set forth in *D&D Drilling & Exploration, Inc. v. XTO Energy, Inc., et al.*, 15-626 (La.App. 3 Cir. ___/___/____), ____So.3d ____, the writ application of Defendant/Applicant, XTO Energy, Inc., is granted and made peremptory. The exception of improper venue filed by Defendant/Applicant is granted, and this matter is ordered transferred to the Twenty-Eighth Judicial District Court. All costs of these proceedings are taxed to Plaintiff/Respondent, D&D Drilling & Exploration, Inc.